# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michelle Absalon**<br>DOB: 1977; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-08776MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 4, 2018, at or near Bisbee, in the District of Arizona, **Michelle Absalon**, knowing or in reckless disregard that certain aliens, Pedro Gabriel Luz-Antonio and Wilber Yobanni Matus-Flores, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 4, 2018, at or near Bisbee, in the District of Arizona, Border Patrol Agents (BPA) observed two individuals coming out of some bushes and load into a four-door pick-up truck on Willson Road and Green Bush Draw. The truck was identified as a 2018 black Chevy Colorado rental vehicle. Once BPA began following the vehicle, the driver sped up until reaching Bisbee city limits. BPA attempted a traffic stop and the Colorado began to pull over. While the driver motioned for them to exit the truck, two individuals sat up in the back seat, opened the back passenger door, and fled the vehicle. A short time later, BPA apprehended Pedro Gabriel Luz-Antonio and Wilber Yobanni Matus-Flores nearby. Both were determined to be citizens of Mexico who were present in the United States illegally.

The Colorado fled the scene, driving away at a rapid speed. BPA followed with activated lights and sirens and the vehicle yielded after approximately a mile. The driver was identified as **Michelle Absalon**.

Luz-Antonio and Matus-Flores both made arrangements to be smuggled into the United States for money. Luz-Antonio stated that after crossing into the country illegally, he received a phone call describing the load vehicle as a black Chevy Colorado. Both material witnesses stated that when the vehicle arrived, the sole occupant was a female driver who gestured for them to lay down. Matus-Flores stated that once BPA approached, the driver gestured for them to get out of the truck and that it drove away after he and Luz-Antonio exited. Luz-Antonio stated he fell when he got out of the vehicle because it was still moving.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Pedro Gabriel Luz-Antonio and Wilber Yobanni Matus-Flores

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 5, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54